HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
GENARO MERINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GENARO MERINO, et al,<br><br>  Defendant. | Case No. 2:19-cr-00149-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: October 1, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Michael Redding, Assistant United States Attorney, counsel for Plaintiff; Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Genaro Merino; and Erin J. Radekin, counsel for Manuel Cardenas; that the Status Conference scheduled for October 1, 2020 may be vacated and continued to **November 5, 2020 at 10:00 a.m.**

The above-named parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on October 1, 2020.
2. By stipulation, defense counsel move to continue the status conference to November 5, 2020 at 10:00 a.m.

///

///

3. Defense counsel represents that they require additional time to conduct further legal research; meet with their respective clients to discuss potential resolutions; and otherwise prepare for trial.

4. Defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Therefore, the parties stipulate that that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial, and request the Court so to find.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between October 1, 2020 and November 5, 2020 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at defense counsels' request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 23, 2020

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
GENARO MERINO

Date: September 23, 2020

ERIN J. RADEKIN

*/s/ Erin Radekin*
ERIN J. RADEKIN
Attorney for Defendant
MANUEL CARDENAS

(Signatures continue on next page)

| | |
|---|---|
| Date: September 23, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Michael Redding*<br>MICHAEL REDDING<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

**Dated:  September 24, 2020**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Conference and Exclude Time                              -3-                 *United States v. Merino*, 2:19-cr-00149-MCE