McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MANUEL S. CARDENAS &<br>GENARO L. MERINO,<br><br>          Defendants. | CASE NO. 2:19-CR-00149-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 4, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on February 4, 2021.

2.  By this stipulation, defendants now move to continue the status conference until March 18, 2021, and to exclude time between February 4, 2021, and March 18, 2021, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes over 900 pages of discovery – including reports and photographs – and more than 80 video or audio recordings. Government counsel has provided this discovery, and more recently provided a video of the marijuana plant count that the government inadvertently omitted from initial discovery.

    b)  Counsel for defendants desire additional time to consult with their clients, review the discovery, research the legal ramifications of the factual basis related to the charges, discuss

potential options, discuss plea negotiations, investigate, prepare motions, and otherwise prepare for trial. In particular, defense counsel requires additional time to review the above-discussed video, discuss it with their clients, have an expert review it, and use that discovery to discuss resolution and prepare for trial.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 4, 2021 to March 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: February 2, 2021 | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| | /s/ MICHAEL W. REDDING<br>MICHAEL W. REDDING<br>Assistant United States Attorney |
| Dated: February 2, 2021 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Counsel for Defendant<br>MANUEL S. CARDENAS |
| Dated: February 2, 2021 | /s/ Jerome Price<br>JEROME PRICE<br>Counsel for Defendant<br>GENARO L. MERINO |

**ORDER**

IT IS SO ORDERED.

Dated: February 8, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE