

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00149-MCE-2 |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| MANUEL S. CARDENAS, | |
| Defendant. | |
| _____/ | |

TO:  THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release **MANUEL S. CARDENAS** in case number 2:19-cr-00149-MCE-2, from custody for the following reason(s):

|  | |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ |
| _____ | Unsecured Appearance Bond |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | Other:  Pursuant to the Court's sentence of **TIME SERVED**. |

Issued at Sacramento, California on June 10, 2021, at 12:01 PM.


Dated:  June 10, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE